In the matter of application of GEORGE DANIECKI, by BENJAMIN M. RATNER, in his behalf for a writ of *habeas corpus*.

[Decided January 31st, 1936.]

*Mr. Benjamin M. Ratner (Mr. Milton S. Goldberg,* of counsel), for George Daniecki.

*Mr. Abe J. David,* for the State of New Jersey.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *117 N. J. Eq. 527.*

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.   12.

*For reversal*—None.